IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:08CV95-RLV-DCK

| | |
|---|---|
| **THOMAS LUCKMAN, individually, and on behalf of all others similarly situated,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) **ORDER** |
| **SEARS, ROEBUCK AND COMPANY et al.,** | ) ) ) |
| **Defendants.** | ) ) |

This matter is before the Court upon the motion of Plaintiff and Greg Jones, P.A., counsel for Plaintiff, for the admission of Jerrold S. Parker, attorney with Parker Waichman Alonso, LLP of Great Neck, NY, to appear *pro hac vice* on behalf of Plaintiff, filed October 3, 2008.

Upon careful review and consideration, this Court will grant Mr. Parker's application.

It is, therefore, ordered that Plaintiff's and Greg Jones, P.A.'s motion for attorney Jerrold S. Parker to appear *pro hac vice* is hereby **GRANTED**.

Signed: October 3, 2008

David C. Keesler
United States Magistrate Judge